# EXHIBIT 1

**EX. 1:** INDEX OF DOCUMENTS BEING FILED WITH DEFENDANTS' JOINT NOTICE OF REMOVAL

**EX. 2:** NOTICE OF REMOVAL

**EX. 3:** DOCKET SHEET FROM 56TH JUDICIAL DISTRICT COURT

**EX.4:** PLAINTIFF'S ORIGINAL PETITION

**EX.5:** PLAINTIFF'S PROPOSED ORDER

**EX. 6:** PLAINTIFF'S MOTION FOR EMERGENCY HEARING WITH EXPEDITED AND COMPELLED DISCOVERY

**EX. 7:** LIST OF COUNSEL OF RECORD